## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,        :

                                    :

     v.                             :                **CASE NO:**

                                  :      **7:25-cr-25–WLS-ALS-2**

RYAN RUGG,                  :

                                    :

     Defendant.               :

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Wednesday, April 1, 2026, and for trial during the Court's Valdosta May 2026 Trial Term beginning May 4, 2026 (Doc. 40). In the event continuance was necessary, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) Counsel for Defendant Ryan Rugg, timely filed a Motion for Leave of Absence (Doc. 43) which the Court treats as a Motion to Continue ("Motion"). Therein, Defense Counsel notifies the Court that he has scheduled leave for the period March 27 through April 3, 2026. He requests that the April 1, 2026 Pretrial Conference in this matter be rescheduled. Counsel has not requested that the trial of this matter be continued. Based on the foregoing, the Court finds good cause has been shown for continuing the Pretrial Conference.

Accordingly, the Motion (Doc. 40) is **GRANTED**. The April 1, 2026 Pretrial Conference for this case is **CONTINUED** and will be rescheduled by separate order. For the sake of clarity, the trial of this matter is **NOT** being continued and will remain on the Court's calendar for the May 2026 Valdosta Trial Term.

**SO ORDERED**, this 13th day of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1